AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

— OFFENSE CHARGED —

18 U.S.C. § 641 - Theft of Government Property (Class C Felony)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:  Maximum prison term of ten years
Maximum fine of $250,000
Maximum supervised release term of three years
Mandatory $100 special assessment fee

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

— DEFENDANT - U.S —

▶ BRANDON E. AADEE, a/k/a BRANDON AADEE, SR.

DISTRICT COURT NUMBER

E-filing CR 08    0259

DEFENDANT — MMC

— PROCEEDING —

Name of Complainant Agency, or Person (& Title, if any)

Dept. of Homeland Security, Office of the Inspector General

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    WENDY M. THOMAS

— DEFENDANT —

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction
} ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes   ☐ No
} If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT    Bail Amount: No bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:           Before Judge:

Comments:

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

CR v.

08        0259

MMC

BRANDON E. AADEE,
a/k/a BRANDON AADEE, SR.,

DEFENDANT(S).

---

## INDICTMENT

VIOLATIONS:  Title 18, United States Code, Section 641 - Theft of
Government Property (Class C Felony)

A true bill.

_____
                                        Foreman

Filed in open court this __2/2d__ day of

__APRIL  2008__.

_____
                                        Clerk

_____
            Bail, $ _No Bail warrant_

1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3

4

5

6                          **E-filing**

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION          **MMC**

11

12 | UNITED STATES OF AMERICA,          ) CR No **08        0259**
                                      )
13 |                                   )    VIOLATION: Title 18, United States Code,
       Plaintiff,                      )    Section 641 - Theft of Government Property
14 |                                   )    (Class C Felony)
       v.                              )
15 |                                   )
   BRANDON E. AADEE,                   )
16 |   a/k/a BRANDON AADEE, SR.,        )
                                      )    SAN FRANCISCO VENUE
17 |   Defendant.                      )
   _____   )

18

19                      I N D I C T M E N T

20 | The Grand Jury charges:

21 | On or about and between September 19, 2005, and June 2, 2006, in the Northern District of

22 | California, the defendant,

23 |                         BRANDON E. AADEE,
                         a/k/a BRANDON AADEE, SR.,

24

25 | did knowingly embezzle, steal, purloin, and convert to his use money and a thing of value of the

26 | United States and a department and agency thereof, to wit: Federal Emergency Management

27 | Agency benefits having a value in excess of one thousand dollars, and did receive, conceal, and

28 | retain such money and thing of value with intent to convert it to his gain, knowing it to have been

INDICTMENT

1  embezzled, stolen, purloined, and converted, in violation of Title 18, United States Code, Section

2  641, a Class C felony.

3

4  DATED:                                        A TRUE BILL.

5

6                                                FOREPERSON

7

8  JOSEPH P. RUSSONIELLO
   United States Attorney

9

10

11 KYLE F. WALDINGER
   Deputy Chief, Major Crimes Section

12

13

14 (Approved as to form:
   Wendy Thomas

15 Special Assistant United States Attorney

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT