1  BARRY J. PORTMAN
   Federal Public Defender
2  DANIEL P. BLANK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant AADEE

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,            )
                                        )   No. CR 08-0259 MMC
                  Plaintiff,            )
12                                      )
                                        )   STIPULATION AND [PROPOSED]
        v.                              )   ORDER CONTINUING SENTENCING
13                                      )   HEARING
   BRANDON E. AADEE,                    )
14                                      )   Honorable Maxine M. Chesney
                  Defendant.            )
15                                      )

1  With the concurrence of the U.S. Probation Officer, the parties stipulate and jointly request that
2  the sentencing hearing in the above-captioned case be continued from its current date of June 10,
3  2009, to July 15, 2009, at 2:30 p.m., to allow adequate time to investigate and present facts to the
4  Court relevant to sentencing under 18 U.S.C. § 3553(a).
5  IT IS SO STIPULATED.

6  JOSEPH RUSSONIELLO
   United States Attorney
7

8  DATED:   May 5, 2009           _____/S/_____
                                  WENDY M. THOMAS
9                                 Special Assistant United States Attorney

10

11 DATED:   May 5, 2009           _____/S/_____
                                  DANIEL P. BLANK
12                                Assistant Federal Public Defender
                                  Attorney for Brandon E. Aadee
13

14 IT IS SO ORDERED.

15 DATED:  May 6, 2009            _____
                                  MAXINE M. CHESNEY
16                                United States District Judge

17
18
19
20
21
22
23
24
25
26

STIP. & PROP. ORDER                             1